# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5261**           **September Term, 2024**

**1:25-cv-00909-LLA**

**Filed On:** July 21, 2025

Rebecca Kelly Slaughter, in her official and personal capacities and Alvaro M. Bedoya, in his official and personal capacities,

    Appellees

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

    **BEFORE:** Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for administrative stay and stay pending appeal, it is

**ORDERED** that the district court's July 17, 2025 order be administratively stayed pending further order of this court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2024). It is

**FURTHER ORDERED** that appellees file a response to the motion by 12:00 noon on Friday, July 25, 2025. Any reply is due by 12:00 noon on Tuesday, July 29, 2025.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:     /s/
        Michael C. McGrail
        Deputy Clerk