# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5261**

**September Term, 2025**

**1:25-cv-00909-LLA**

**Filed On: September 10, 2025**

Rebecca Kelly Slaughter, in her official and
personal capacities and Alvaro M. Bedoya, in
his official and personal capacities,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

**O R D E R**

It is **ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in this case within 14 days of the United States Supreme Court's disposition of appellants' application for a stay in <u>Trump v. Slaughter</u>, No. 25A264.

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk

             BY:   /s/
                    Laura M. Morgan
                    Deputy Clerk