# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5261**              **September Term, 2025**

**1:25-cv-00909-LLA**

**Filed On: November 3, 2025**

Rebecca Kelly Slaughter, in her official and personal capacities and Alvaro M. Bedoya, in his official and personal capacities,

       Appellees

   v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

       Appellants

**O R D E R**

     Upon consideration of the court's order filed September 10, 2025, which directed the parties to file motions to govern future proceedings in this case within 14 days of the United States Supreme Court's disposition of appellants' application for a stay in Trump v. Slaughter, No. 25A264; the Supreme Court's order filed September 22, 2025, which granted the stay application, treated the application as a petition for a writ of certiorari before judgment, and granted the petition; and the parties' failure to file motions to govern future proceedings in this case, it is

     **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case within 30 days of the Supreme Court's disposition of Trump v. Slaughter, No. 25-332 (cert. granted Sept. 22, 2025).

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                          BY:     /s/
                                   Laura M. Morgan
                                   Deputy Clerk