

July 17, 2026
Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue NW
Washington, DC 20001

Re: *Slaughter v. Trump*, No. 25-5261

Dear Mr. Cislak,

I am writing to notify the Court that I am withdrawing my appearance as counsel for the plaintiff-appellee in *Slaughter v. Trump*, No. 25-5261, because I will end my employment with Protect Democracy on July 17, 2026. Plaintiff-appellee will continue to be represented by other counsel who have already appeared in this case from Protect Democracy, Clarick Gueron Reisbaum LLP, and Harvard Law School.

Sincerely,

/s/ Amit Agarwal
Amit Agarwal
Protect Democracy Project, Inc.
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Tel.: (202) 579-4582
amit.agarwal@protectdemocracy.org

*Counsel for Plaintiff-Appellee*

Cc: All counsel by ECF