# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5261**                                    **September Term, 2025**

**1:25-cv-00909-LLA**

**Filed On: August 5, 2026**

Rebecca Kelly Slaughter, in her official and
personal capacities and Alvaro M. Bedoya, in
his official and personal capacities,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants

**BEFORE:**   Katsas, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to govern future proceedings and the Supreme Court's decision in Trump v. Slaughter, 609 U.S. ___, 146 S. Ct. 2283 (2026), it is

**ORDERED** that the motion be granted and that this case be remanded to the district court to dismiss the complaint challenging appellee Slaughter's removal.

The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
              Laura M. Morgan
              Deputy Clerk